1

2

3

4                    **IN THE UNITED STATES DISTRICT COURT**

5                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7  UNITED STATES OF AMERICA,                    CASE NO. **CV-F-05-0192 LJO**
                                                **(New case number)**
8                    Plaintiff,
                                                _____**ORDER TO SIGN AND RETURN**
9       vs.                                         **MAGISTRATE JUDGE CONSENT FORM**

10 MARY ASHER VINCENT,

11                   Defendant.
   _____/

12

13        The parties' counsel indicated they consent to the conduct of all further proceedings, including

14 trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to

15 obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ( "consent form"),

16 which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm.

17 This Court further ORDERS the parties' counsel, no later than June 9, 2005 to sign and date the consent

18 form and then submit the consent form to the chambers of United States Magistrate Judge Lawrence J.

19 O'Neill, 1130 "O" Street, Room 1116, Fresno, CA 93721-2201.

20        **All further papers shall bear the new case number CV F 05-0192 LJO.**

21        IT IS SO ORDERED.

22 **Dated:    May 25, 2005**                    _____**/s/ Lawrence J. O'Neill**_____
   66h44d                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                                1