```
McGREGOR W. SCOTT
United States Attorney

MICHAEL S. RAUM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone:    (202) 353-3922
Facsimile:    (202) 514-6770
Attorney for the United States
```

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>MARY ASHER VINCENT,<br>a/k/a MARY LOUISE VINCENT,<br>d/b/a VINCENT & ASSOCIATES, LP,<br><br>          Defendant. | Civil No. 1:05-CV-192 |

**STIPULATED PERMANENT INJUNCTION**

1. Plaintiff, the United States of America, and defendant, Mary Asher Vincent, a/k/a Mary Louise Vincent, d/b/a Vincent & Associates, LP, agree to the entry of this permanent injunction. Defendant waives the entry of findings of fact and conclusions of law.

2. Defendant does not admit or deny the allegations in the complaint except that she admits that the Court has jurisdiction over her. Both parties acknowledge that their agreement to this permanent injunction shall not be deemed an admission of any fact for purposes of any other proceedings.

3. IT IS HEREBY ORDERED pursuant to 26 U.S.C. §§ 7402, 7407, and 7408 that defendant and all those in active concert or participation with her are enjoined from directly or indirectly:

    a. Engaging in conduct subject to penalty under I.R.C. § 6701, *i.e.*, by preparing or assisting others in the preparing any tax forms or other documents to be used in connection with any material matter arising under the internal revenue laws which they know will (if so used) result in understatement of another person's tax liability;

    b. Engaging in any conduct subject to penalty under I.R.C.§ 6694, *i.e.*, by preparing or assisting in preparing any federal income tax return that results in the understatement of tax liability based on an unrealistic position;

    c. Engaging in any conduct subject to any other penalty provision under the Internal Revenue Code, other than penalties relating to returns Vincent prepares for herself or for entities she solely owns;

    d. Willfully engaging in any conduct subject to any other penalty provision under the Internal Revenue Code with respect to returns Vincent prepares for herself or for entities she solely owns;

    e. Preparing any Form 1041 trust income tax returns or any Form 1065 partnership returns for which any partner, as identified on the Schedules K-1 thereto, is a trust;

    f. Acting as an income-tax-return preparer, by preparing for compensation, or employing one or more persons to prepare for compensation, any return of tax imposed by subtitle A of the Internal Revenue Code or any claim for refund of tax imposed by subtitle A, or a substantial portion of any such return or claim for refund, except as provided in ¶¶ 4-5 below;

    g. Preparing any other federal tax returns for others;

    h. Representing any persons before the Internal Revenue Service in connection with any matter except for representation of persons for whom she has prepared a return as allowed by this order, and then only to the extent permitted for return preparers;

    i. Engaging in any conduct that interferes with the administration and enforcement of the internal revenue laws; and

    j. Misrepresenting the terms of this injunction.

4. IT IS FURTHER ORDERED that defendant may prepare income tax returns for no more than 40 individuals and/or entities which are owned 100% by natural individuals, and represent before the Internal Revenue Service such individuals and entities, provided that defendant's conduct in so doing does not violate ¶ 3 of this Order.

5.  IT IS FURTHER ORDERED that defendant must mail a copy of this Order and a copy of IRS Notice 97-24 to all customers for whom she has prepared any Form 1041 trust return, or any Form 1065 partnership return in which any partner was a trust, since January 1, 2000.  This Notice must be accompanied by a statement explaining that trusts and partnerships used by these customers may violate the law as explained in Notice 97-24 and advising the customers to seek counsel with respect to this matter.  Defendant must mail these notices within 20 days of the date of this Order and must file with the Court within 25 days of the date of this Order a sworn certificate stating that she has complied with this requirement.

6.  IT IS FURTHER ORDERED that defendant must file timely federal income tax returns for herself and/or any business entity she controls.  If any delinquent returns are unfiled as of the date of this Order, defendant must file those returns or proper requests for extension within 30 days of the date of this Order.  If defendant has filed any income tax return for herself or any business entity she controls since January 1, 1999 which, if such return were filed after the date of this Order would violate ¶ 3 of the Order, she must properly amend such return within 30 days of the date of this Order.

7.  IT IS FURTHER ORDERED that defendant must strictly comply with the record keeping and disclosure requirements of I.R.C. § 6107.

8.  IT IS FURTHER ORDERED that defendant must comply with all laws in responding to the IRS with respect to any subsequent civil or criminal proceeding involving any return she has prepared.

9.  IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce this injunction and the United States may engage in post-judgment discovery to monitor defendant's compliance with this injunction.

| | |
|---|---|
| s/Michael S. Raum<br>MICHAEL S. RAUM<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 7238<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone:   (202) 353-3922<br>Facsimile:   (202) 514-6770<br>E-mail:   Michael.S.Raum@usdoj.gov<br>Attorney for the United States | s/John W. Phillips<br>JOHN W. PHILLIPS (SBN 147117)<br>Wild Carter & Tipton<br>A Professional Corporation<br>246 West Shaw Avenue<br>Fresno, California 93704<br>Telephone: (559) 224-2131<br>Facsimile: (559) 229-7295<br>E-mail: jphillips@wctlaw.com<br><br>Attorney for Mary Asher Vincent |

IT IS SO ORDERED.

**Dated:   January 26, 2006**          /s/ Lawrence J. O'Neill
66h44d                    UNITED STATES MAGISTRATE JUDGE